COM.

v.

**PRENDES, D.**

**2313 EDA 2016**

Superior Court of Pennsylvania.

06/29/2017

CP–48–CR–0001246–2012
(Northampton)

Affirmed

COM.

v.

**THOMAS, V.**

**2983 EDA 2016**

Superior Court of Pennsylvania.

06/29/2017

CP–23–CR–0006925–1981, (Delaware)

Affirmed

COM.

v.

**ROBINSON, C.**

**1126 MDA 2016**

Superior Court of Pennsylvania.

06/29/2017

CP–22–CR–0002729–1986
CP–22–CR–0002735–1986
(Dauphin)

Affirmed

COM.

v.

**CHARLEMAGNE, H.**

**2450 EDA 2016**

Superior Court of Pennsylvania.

06/29/2017

CP–45–CR–0001931–2013
(Monroe)

Affirmed